UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN D. TENDOY,<br><br>Defendant. | Case No. 4:15-cr-00271-BLW<br><br>**REPORT AND RECOMMENDATION** |

On April 26, 2016, Defendant DUNCAN D. TENDOY appeared before the undersigned United States Magistrate Judge to enter a change of plea. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by any agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-

REPORT AND RECOMMENDATION - 1

sentence investigation to be conducted and a report prepared by the United States Probation Office.

Because the offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt pursuant to Section 3143(a)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate. The Government did not oppose continued release, acknowledging there have been no violations of the strict pretrial release conditions imposed to date. (Dkt. 10.)

In this case, Defendant was released on his own recognizance and subject to a stringent combination of conditions imposed by U.S. Magistrate Judge Mikel H. Williams on December 8, 2015, including a temporary residence with his mother-in-law, a curfew, and location monitoring. (Dkt. 10.) Since his pretrial release commenced, he has been compliant with all conditions and has completed sixteen weeks of an intensive outpatient drug treatment program. He continues to participate voluntarily in after care with the drug treatment program provider and remains subject to urinalysis testing for the presence of drugs or alcohol. At age 52, he is recovering from recent left hand and foot surgery and continues to take medications for his diabetes. He is currently residing with his family and has continued abiding by all conditions of pretrial release.

The Court finds the totality of these circumstances, taken collectively, constitute

REPORT AND RECOMMENDATION - 2

clear and convincing evidence that Defendant is not likely to flee or pose a danger to the community if release is continued pending sentencing. Further, the Court finds exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate. Therefore, the Court will recommend continued release subject to the conditions previously set by Magistrate Judge Williams.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1) The District Court accept Defendant DUNCAN D. TENDOY's plea of guilty to Count One of the Indictment (Dkt. 1);

2) The District Court continue Defendant's release subject to all conditions imposed in the Court's Order Setting Conditions of Release (Dkt. 10).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: April 26, 2016

_____
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE